## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Woodbridge Group of Companies, LLC | Case No.: 17-12560 (BLS) |
| Debtor. | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | **MEDIATION STATUS REPORT** |
| Plaintiff, | Adv. Proc. No.: 19-51039 (BLS) |
| v. | |
| Basic Financial Services Inc., et al., | |
| Defendants. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

  \_\_\_\_ Mediation sessions are scheduled to occur on

  \_\_\_\_ A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

  \_X\_\_ OTHER:  Counsel for the defendant has indicated he has filed a Motion of Withdrawal as Counsel.  Mediation will be scheduled when new counsel has entered an appearance.

Dated: January 18, 2021   */s/ Ian Connor Bifferato*
             Ian Connor Bifferato (DE #3273)
             The Bifferato Firm P.A.
             1007 N. Orange Street, 4th Floor
             Wilmington, DE  19801