# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | ) ) ) | Case No. 17-12560 (BLS) |
| | ) | (Jointly Administered) |
| Remaining Debtors. | ) ) | |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATING TRUST, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Proc. No. 19-51039 (BLS) |
| BASIC FINANCIAL SERVICES INC., BASIC WEALTH ADVISORS, INC. and FRED C. JOHNSON, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS MATTER, came before the Court upon motion of James Tobia Esq. ("Tobia") and Roland Gary Jones, Esq. ("Jones"; collectively with Tobia, the "Movants") for an order permitting their withdrawal as counsel (the "Motion") for Basic Financial Services Inc., Basic Wealth Advisors, Inc. And Fred C. Johnson (the "Defendants") in *Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidating Trust v. Basic Financial Services Inc., Basic Wealth Advisors, Inc. And Fred C. Johnson*, Adv. Proc. No. 19-51039-BLS (the "Adversary Proceeding"). The Court, having reviewed the record and finding cause has been shown, it is hereby:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).

**ORDERED AND ADJUDGED** as follows:

1. The Motion is hereby granted.

2. Movants and their respective law firms are permitted to withdraw as counsel of record for the Defendants for the Adversary Proceeding.

3. Movants and their respective law firms are hereby relieved from any and all further obligations on behalf of the Defendants.

4. Defendants shall engage new counsel who will file a notice of appearance in this proceeding within 30 days of the date hereof, failing which the Court may enter relief against Defendants.

5. Movants are directed to serve the Defendants with a copy of this Order.

6. The Clerk of this Court is hereby directed to send all subsequent notice to:

> Fred C. Johnson
> Basic Financial Services Inc.
> Basic Wealth Advisors, Inc.
> 205 S Ocean Grande Drive, #104
> Ponte Vedra Beach, FL 32082
> fcj133@gmail.com
> (864) 631-6459
> (317) 887-0737

Dated: Wilmington, Delaware
January 21, 2021

Brendan Linehan Shannon
United States Bankruptcy Judge